SCANNED
RECEIVED IN CLERK'S OFFICE
APR - 7 2010
U.S. DISTRICT COURT
MID. DIST. TENN.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

ANTHONY D. FORSTER,
    Plaintiff,

v.

GEORGE M. LITTLE,
et al.,
    Defendants.

Case No. 3:08 - 1054
JURY DEMAND
JUDGE W.J. HAYNES, JR.

**ORDER**

This motion is DENIED in part to allow the deposition, but the deposition shall be by [unclear] in accordance with the Rules. To this extent [unclear] is GRANTED.

[signature] 4/8/10

**PLAINTIFF FORSTER'S MOTION TO RECONSIDER ORDER AS ENTERED BY THE COURT**

Comes now the Plaintiff, Anthony D. Forster, acting by way and through himself, pro se, and would hereby respectfully submit this motion to reconsider the order entered by the Court which granted the Defendants: Dr. Inocentes Sator, M.D., Michael Ebset, Linda Corbin, Robert Follett, Diane Catchings, and Bertha Cavitt, motion to take deposition of prisoner on August 18, 2009.

p. 1 of 5

(84)