UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
ANTHONY FORSTER,              )
                              )
    Plaintiff,                )
                              )
         v.                   )   NO. 3:08-1054
                              )
GEORGE M. LITTLE, et al.,     )   Judge Haynes/Bryant
                              )   Jury Demand
    Defendants.               )
```

**O R D E R**

Plaintiff Forster has filed his motion to ascertain status regarding his application for "interim injunctive relief" (Docket Entry No. 102). Plaintiff's motion to ascertain status is **GRANTED**.

Plaintiff's "application for emergency issuance of preliminary injunction and temporary restraining order" (Docket Entry No. 10), filed on November 17, 2008, was denied by the Court by order entered February 12, 2009 (Docket Entry No. 67).

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge