IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ANTHONY FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:08-01054 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| GEORGE M. LITTLE, | ) | |
| | ) | |
| Defendant. | ) | |

# O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 105) that the Defendants' motions for summary judgment (Docket Entry Nos. 75 and 90) be granted, to which Plaintiff has not filed any objections.

After de novo review, the Court **ADOPTS** the Report and Recommendation. Accordingly, the motion for summary judgment filed by Defendants Innocentes Sator and Michael Elber (Docket Entry No. 75) is **GRANTED**. The motion for summary judgment filed by Defendants Ricky Bell, Baldwin, Sandra Hall, Davis, William Wagner and Robert Mosley (Docket Entry No. 90) is **GRANTED**. This action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the _20th_ day of October, 2010.

WILLIAM J. HAYNES, JR.
United States in Judge